The Rockaway Hunting Club, Appellant, v. Elizabeth L. Oakley, Respondent.— Motion to resettle order granted, without costs. Present — Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ.

George J. Barberich, Appellant, v. Lord Electric Company, Respondent.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

William L. Carey, Respondent, v. Agnes McKenna and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants, within ten days after the entry of the order herein, upon payment of costs in this court and in the court below, to withdraw their demurrers and answer the amended complaint. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Emanuel F. Cojean, Respondent, v. John A. Langel and Yetta Langel, Appellants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Sarandos P. Condelles, Respondent, v. George Meek, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Michael De Lillo, Appellant, v. W. A. Underhill Brick Company, Respondent.— Judgment and order of the County Court of Westchester county reversed and new trial ordered, costs to abide the event, upon the ground that the evidence required the submission to the jury of the question whether there was a conversion of plaintiff's property. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Johanna Doyle, Appellant, v. The City of New York, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ.

Elisa Hack, Respondent, v. Supreme Lodge of Knights and Ladies of Honor, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the question as to whether plaintiff had become a saloon keeper, within the meaning of the by-laws of defendant, was one of fact for the jury. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Robert Hamilton, Appellant, v. Samuel Martin and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

In the Matter of the Accounting of John C. Minturn and George Edward Jarmain, as Executors, etc., of Richard E. Jarmain, Deceased, Respondents. Harriet Jarmain and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, for the reason that as all of the objections filed to the account do not present naked questions of law, the learned surrogate should have heard the allegations and proofs of the parties (Code Civ. Proc. § 2728), instead of attempting to dispose of the objections upon the recital, "now after examining said account, and hearing the attorneys for the representatives in favor of the account, and